**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
OCALA DIVISION**

PNC BANK NATIONAL
ASSOCIATION, a national banking
association, successor-by-merger with
RBC Bank (USA), a North Carolina state-
chartered bank, successor-by merger with
Florida Choice Bank, a Florida state-
chartered bank

    Plaintiff,

v.                                                        Case No: 5:16-cv-66-Oc-PGBPRL

WILNIC PROPERTIES, LLC,
NICHOLAS PRZYSTAWSKI,
SUZANNE L. PRZYSTAWSKI and
CENTRAL FLORIDA FOOT CARE,
P.A.

    Defendants.

---

## ORDER

Before the Court is Plaintiff's motion for entry of a clerk's default against Defendant Suzanne L. Prystawaki.  (Doc. 22).  On March 18, 2016, this Court extended the time in which **all** Defendants in this case could respond or answer the Complaint to April 15, 2016.  (Doc. 17). Accordingly, Plaintiff's motion (Doc. 22) is premature and is **DENIED WITHOUT PREJUDICE**.

**DONE** and **ORDERED** in Ocala, Florida on March 31, 2016.

_____
PHILIP R. LAMMENS
United States Magistrate Judge

Copies furnished to:

Counsel of Record
Unrepresented Parties