**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
OCALA DIVISION**

PNC BANK NATIONAL
ASSOCIATION, a national banking
association, successor-by-merger with
RBC Bank (USA), a North Carolina state-
chartered bank, successor-by merger with
Florida Choice Bank, a Florida state-
chartered bank

    Plaintiff,

v.                                                                             Case No: 5:16-cv-66-Oc-PGBPRL

WILNIC PROPERTIES, LLC,
NICHOLAS PRZYSTAWSKI,
SUZANNE L. PRZYSTAWSKI and
CENTRAL FLORIDA FOOT CARE,
P.A.

    Defendants.
_____

## ORDER

Before the Court is the Plaintiff's motion to conduct the case management conference telephonically because counsel are located a substantial distance from each other.  (Doc. 33). Upon due consideration, the motion is **GRANTED**.  The parties are advised that if they fail to reach an agreement on the matters telephonically, they should expect that the Court will schedule an in-person hearing to resolve any disputes.

    **DONE** and **ORDERED** in Ocala, Florida on May 31, 2016.

_____
PHILIP R. LAMMENS
United States Magistrate Judge

- 2 -

Copies furnished to:

Counsel of Record
Unrepresented Parties