## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## OCALA DIVISION

**PNC BANK NATIONAL ASSOCIATION**, a national banking association, successor-by-merger with RBC Bank (USA), a North Carolina state-chartered bank, successor-by merger with Florida Choice Bank, a Florida state-chartered bank

    Plaintiff,

v.                                                                              Case No: 5:16-cv-66-Oc-PRL

**WILNIC PROPERTIES, LLC,
NICHOLAS PRZYSTAWSKI,
SUZANNE L. PRZYSTAWSKI** and
**CENTRAL FLORIDA FOOT CARE,
P.A.**

    Defendants.

## ORDER

On January 18, 2017, this Court granted Plaintiff's motion for partial summary judgment in favor of Plaintiff and against Defendant Wilnic Properties, LLC on Count I and against Defendants Nicholas Przystawski and Suzanne L. Przystawski on Count II. (Docs. 47, 49). In that order, the Court directed Plaintiff to file the original promissory note for cancelation, which Plaintiff has now done (along with the note's amendments). (Docs. 50, 51). Accordingly, the **CLERK** is **ORDERED** to enter judgment in favor of PNC Bank National Association and against Wilnic Properties, LLC, Nicholas Przystawski, and Suzanne L. Przystawski, jointly and severally,

- 2 -

in the amount of **$385,829.09**,[1] plus post-judgment interest as provided by law. Finally, the

**CLERK** is **DIRECTED TO CANCEL** the original promissory note and its amendments.

    **DONE** and **ORDERED** in Ocala, Florida on February 1, 2017.

                                       PHILIP R. LAMMENS
                                       United States Magistrate Judge

Copies furnished to:

Counsel of Record
Unrepresented Parties

---

[1] This amount includes unpaid principal of $361,825.55; unpaid and accrued interest of $19,192.97; $2,948.33 in per diem interest from November 17, 2016 through February 1, 2017 (seventy-seven days at the rate of $38.29); and late fees of $1,862.24.